UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLIFTON BELL,<br>                Plaintiff,<br><br>vs.<br><br>METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY, et al.,<br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-264-WBH |

**J U D G M E N T**

This action having come before the Court, Honorable Willis B. Hunt, Jr., United States District Judge, on consideration of defendants' Motion for Judgment on the Pleadings and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 1st day of October, 2014.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                          By:  *s/Denise D.M. McGoldrick*
                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 1, 2014
James N. Hatten
Clerk of Court

By: *s/ Denise D.M. McGoldrick*
      Deputy Clerk